UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRENALE L. BELTON,

           Plaintiff,

    v.

OLYMPIA POLICE DEPARTMENT, et al.,

           Defendants.

CASE NO. 3:21-cv-05126-JCC-DWC

REPORT AND RECOMMENDATION

Noting Date: September 24, 2021

      The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Trenale L. Belton, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on February 19, 2021. *See* Dkt. 1. On April 8, 2021, the Court screened Plaintiff's Complaint and found it was deficient. Dkt. 9. Plaintiff filed an Amended Complaint on April 21, 2021. Dkt. 10. The Court found the Amended Complaint was deficient and again ordered Plaintiff to correct the deficiencies. Dkt. 12. Plaintiff filed his Second Amended Complaint on July 6, 2021. Dkt. 13. After screening the Second Amended Complaint, the Court found the Second Amended Complaint was deficient and ordered Plaintiff to correct the deficiencies on or before August 20, 2021 ("Order"). Dkt. 14. In the Order, the Court warned

Plaintiff that failure to file an amended complaint or otherwise respond to the Order would result in the Court recommending dismissal of this action. *Id*. at 4.

      Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to state a claim upon which relief can be granted in the Second Amended Complaint. *See* Dkt. 14. Therefore, the Court recommends this case be dismissed without prejudice for failure to follow a Court order and failure to provide a servable complaint.

      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on September 24, 2021, as noted in the caption.

      Dated this 7th day of September, 2021.

                                                    David W. Christel
                                                    United States Magistrate Judge