THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRENALE L. BELTON,<br><br>        Plaintiff,<br><br>  v.<br><br>OLYMPIA POLICE DEPARTMENT, *et al.*,<br><br>        Defendants. | CASE NO. C21-5126-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation (Dkt. No. 15) of Magistrate Judge David W. Christel and the remaining record, and finding no objection, hereby ORDERS as follows:

    1.    The Court ADOPTS the Report and Recommendation. (Dkt. No. 15.)

    2.    Plaintiff's claims are DISMISSED without prejudice.

    3.    The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

DATED this 29th day of September 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE